# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

—o0o—

| | | |
|---|---|---|
| PEDRO CORONA, | ) | 1:09-cv-00435-BAK-GSA HC |
| Petitioner, | ) | FINDINGS AND RECOMMENDATIONS TO GRANT PETITIONER'S MOTION TO VOLUNTARILY DISMISS PETITION (Doc. 3) |
| v. | ) | |
| PEOPLE OF THE STATE OF CALIFORNIA, | ) | ORDER DIRECTING THAT OBJECTIONS BE FILED WITHIN FIFTEEN DAYS |
| Respondents. | ) | ORDER DIRECTING CLERK OF COURT TO ASSIGN CASE TO A DISTRICT JUDGE |

Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

The instant federal petition for writ of habeas corpus was filed on March 6, 2009. (Doc. 1). The petition, which is captioned for the Stanislaus County Superior Court, requests a modification of Petitioner's state sentence regarding the imposition of a restitution fine. On March 26, 2009, Petitioner filed the instant motion to voluntarily dismiss the federal petition. (Doc. 3). In that motion, Petitioner asks that this Court "disregard" the federal petition because he has not completed all of his proceedings in state court pertaining to the issues raised in the petition.

1    Subject to other provisions of law, a Petitioner may voluntarily dismiss an action without
leave of court before service by the adverse party of an answer or motion for summary judgment.
Fed. R. Civ. P. 41(a). Otherwise, an action shall not be dismissed except upon order of the court
and upon such terms and conditions as the court deems proper. Id. Here, no answer has been
served or filed. Moreover, it appears from the record that Petitioner filed the instant petition in
this Court in error and that he intended the document to be filed in the Stanislaus County
Superior Court.

Thus, the Court will recommend granting Petitioner's motion to dismiss. Moreover, because Petitioner has not consented to the jurisdiction of a United States Magistrate Judge, the Court will direct the Clerk of the Court to assign the case to a United States District Judge to facilitate further proceedings.

**ORDER**

Accordingly, the Clerk of the Court is DIRECTED to assign this case to a United States District Judge.

**RECOMMENDATIONS**

Accordingly, the Court HEREBY RECOMMENDS as follows:

1. That Petitioner's motion for voluntary dismissal (Doc. 3), be GRANTED;

2. The petition for writ of habeas corpus (Doc. 1), be DISMISSED.

This Findings and Recommendation is submitted to the United States District Court Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 72-304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within fifteen (15) days after being served with a copy of this Findings and Recommendations, any party may file written objections with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Replies to the Objections shall be served and filed within ten (10) court days (plus three days if served by mail) after service of the Objections. The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the

1 | Order of the District Court. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
2 |
3 |
4 |
5 |
6 |
7 |
8 |    IT IS SO ORDERED.
9 |
10 |    **Dated:**   **May 14, 2009**        **/s/ Gary S. Austin**
                                                      UNITED STATES MAGISTRATE JUDGE